1

2                IN THE UNITED STATES DISTRICT COURT

3              FOR THE EASTERN DISTRICT OF CALIFORNIA

4

5

6

7    RAYMOND CROWTHER,

8            Plaintiff,                    CV F 05 1545 REC WMW   P

9        vs.                        _____ORDER

10

11   A. MALFI, et al.,

12            Defendants.

13

14           Plaintiff is a former state prisoner proceeding pro se.  On March 15, 2006, an

15   order was entered, granting plaintiff's motion for leave to file an amended complaint and

16   granting plaintiff thirty days in which to file an amended complaint.  On March 31, 2006,

17   plaintiff filed a notice of change of address, indicating his release from custody.

18           Accordingly, IT IS HEREBY ORDERED that:

19           1.  The Clerk's Office shall re-serve the March 15, 2006, order upon plaintiff.

20           2.  Plaintiff is granted an extension of time of thirty days from the date of service

21   of this order in which to file an amended complaint.

22

23

24

25   IT IS SO ORDERED.

26

                                1

1    **Dated:    April 24, 2006**          **/s/  William M. Wunderlich**

mmkd34                         UNITED STATES MAGISTRATE JUDGE